IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATRINA CULLUM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3028 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JANICE AXDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

  This matter is before the court on filing no. 11, the Motion to Reopen Case filed by the plaintiff, Latrina Cullum. The court dismissed the above-entitled case for failure to prosecute after the plaintiff, a prisoner, failed to respond to an order to show cause regarding nonpayment of the plaintiff's initial partial filing fee. However, since that time, the court has received the initial partial filing fee (filing no. 10). In addition, the previous dismissal was without prejudice and contained no restrictions or limitations on future prosecution of the plaintiff's claim. Therefore, the court will grant the plaintiff's request to reopen her case. Accordingly, filing no. 11 is granted. The previously entered judgment (filing no. 9) is vacated, and the Clerk of Court shall reopen the above-entitled case and reinstate the case to the court's active docket.

  SO ORDERED.

  DATED this 20th day of June, 2005.

                BY THE COURT:

                s/ Joseph F. Bataillon
                JOSEPH F. BATAILLON
                Chief District Judge