IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATRINA CULLUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CV3028 |
| vs. ) | |
| ) | ORDER |
| JANICE AXDAHL, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Memorandum and Order of March 12, 2007 [39] and the Court's Memorandum and Order of May 9, 2007 [42] ruling on the Motion for reconsideration,

**IT IS ORDERED:**

1. A settlement conference shall be held before the undersigned with plaintiff and defendant's counsel and representatives on **Tuesday, June 26, 2007 at 1:30 P.M.,** in Courtroom 6, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. As stated below, an official of the State of Nebraska Department of Correctional Services with settlement authority shall attend the settlement conference on behalf of the defendant. The parties and counsel shall be prepared to participate and negotiate a settlement of this case during the conference in accordance with the following paragraphs.

2. In accordance with the usual practice and understanding, the Warden of the Nebraska Correctional Center for Women ("NCCW") and the Director of the Nebraska Department of Correctional Services ("NDCS") shall cause the plaintiff, Latrina Cullum, Inmate # 94287, held at NCCW, to be produced for the conference on June 26, 2007 at 1:30 P.M.

3. Representatives with complete authority to negotiate and consummate a settlement shall be in attendance at the settlement conference. If approval of more than one person is required to authorize settlement, attendance of all such persons is absolutely required. The purpose of this requirement is to have representatives present who can settle the case during the course of the settlement conference without consulting a superior who is not present.

     4. Any non-complying party, attorney, or both may be subject to sanctions deemed appropriate by the court.  Counsel are responsible for timely advising any involved individuals of the requirements of this order.

     5. Prior to the settlement conference proceedings, counsel shall discuss settlement with their client and the opposing party so the parameters of settlement have been explored in advance of the settlement conference.

     6. Communications occurring during the settlement conference shall not be used by any party with regard to any aspect of the litigation or trial of the case.

     7. Format of the Settlement Conference:  The conference will begin in the courtroom where the court will determine that the representatives in attendance have the authority required in paragraph 2 above.  The court will make brief remarks, and then each side may deliver "argumentative opening statements" (not on the record).  The conference will then continue until completion.

     DATED this 25th day of May 2007.

                              BY THE COURT:

                              S/ F. A. Gossett
                              United States Magistrate Judge