IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATRINA CULLUM, | ) | Case No. 4:05CV3028 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| JANICE AXDAHL, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Dana Bradford, counsel for Plaintiff,

**IT IS ORDERED:**

1.  On or before **January 5, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The final pretrial conference set for December 6, 2007, is cancelled upon the representation that this case is settled.

Dated this 5th day of December 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge